# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 24, 2020

**To:** Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3273
>
> Caption:
> RYAN T. MCMULLEN,
> Petitioner - Appellant
>
> v.
>
> FRANK VANIHEL,
> Respondent - Appellee
>
> ---
>
> District Court No: 2:19-cv-00356-JRS-MJD
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James R. Sweeney
>
> Date NOA filed in District Court: 11/24/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)