UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RYAN T. MCMULLEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:19-cv-00356-JRS-MJD |
| RICHARD BROWN Warden, | ) ) ) |
| Respondent. | ) |

**Order Granting Motion to Proceed on Appeal *in Forma Pauperis***

Petitioner Ryan McMullen's motion to proceed on appeal *in forma pauperis*, dkt. [15], is **granted**. Based on Mr. McMullen's financial disclosures, the Court assesses an initial partial filing fee of Forty-Six Dollars and Ten Cents ($46.10). Mr. McMullen shall have **through December 26, 2020**, to pay this sum to the Clerk of the District Court.

After the initial partial filing fee is paid, Mr. McMullen will be obligated to make monthly payments of 20 percent of the preceding month's income for each month that the amount in his prison trust account exceeds $10.00, until the full filing fee of $505.00 is paid. 28 U.S.C. § 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to Mr. McMullen and his custodian.

**IT IS SO ORDERED.**

Date: 11/30/2020

*[signature]*
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

RYAN T. MCMULLEN
199066
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Jesse R. Drum
INDIANA ATTORNEY GENERAL
jesse.drum@atg.in.gov