U.S.C.A. - 7th Circuit
RECEIVED
DEC 08 2020 SK

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
NO. _____

| | | |
|---|---|---|
| RYAN MCMULLEN, Petitioner-Appellant | ) ) ) ) | An Appeal from the United States District Court |
| vs. | ) ) ) | USDC No. 2:19-cv-00356-JRS-MJD |
| RICHARD BROWN, Respondent-Appellee | ) ) ) | The Honorable James R. Sweeney, Judge. |

## MOTION FOR APPOINTMENT OF COUNSEL ON § 2254 APPEAL

Comes now Petitioner, pro se, pursuant to 28 U.S.C. § 3006(a)(2)(B) and 28 U.S.C. § 1915(d), requests the Court to appoint counsel for an appeal from the District Court's final judgement denying habeas corpus relief under 28 U.S.C. § 2254. In support of this request, Petitioner alleges and states as follows:

1. Petitioner, pro se, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, in the District Court challenging the constitutional validity of his state court conviction and sentence.

2. In his § 2254 petition, Petitioner alleged that his conviction is constitutionally infirm because:

A. Ground one: Ineffective Assistance of Counsel at trial.

B. Ground two: Ineffective Assistance of Counsel at sentencing.

C. Ground Three: Ineffective Assistance of Counsel on Direct Appeal.

3. On October 23, 2020 the District Court entered a final judgement denying Petitioner's §2254 petition.

4. Petitioner has been issued a Certificate of Appealability to the United States Court of Appeals as to the sentencing issue but denied as to the remaining issues.

5. Petitioner is indigent, or has been declared indigent by the United States District Court. 28 U.S.C. § 1915(d).

6. The court should appoint counsel because Petitioner has made a substantial showing of the denial of federal constitutional rights. The issues are complex,

and the pro se Petitioner-Appellant is unlikely to prevail on appeal without the assistance of counsel.

7. The global Covid-19 Pandemic has made law library visits impossible at W.V.C.F.

8. The Court should appoint counsel "in the interest of justice." 28 U.S.C. § 3006(a)(2)(B)

WHEREFORE, Petitioner requests the Court to appoint counsel for an appeal to the United States Court of Appeals from the District Court's final judgement.

Dated: 11 / 19 / 2020

Ryan McMullen
Petitioner, pro se
DOC # 199066
Wabash Valley Corr. Fac.
P.O. Box 1111
Carlisle, IN. 47838