# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 13, 2021

**By the Court:**

| | |
|---|---|
| RYAN T. MCMULLEN, | ] Appeal from the United |
|     Petitioner-Appellant, | ] States District Court |
| | ] for the Southern District |
| No. 20-3273    v. | ] of Indiana, Terre Haute |
| | ] Division. |
| FRANK VANIHEL, | ] |
|     Respondent-Appellee. | ] No. 2:19-cv-00356-JRS-MJD |
| | ] |
| | ] James R. Sweeney, II, |
| | ]    Judge. |

### O R D E R

The court, on its own motion, orders petitioner-appellant Ryan T. McMullen to show cause for his failure to respond to the court's order of November 25, 2020.

Petitioner-appellant Ryan T. McMullen shall file his response on or before January 27, 2021.

Appellant is advised that failure to respond may result in the dismissal of this appeal.

The clerk is directed to attach a copy of the court's order of November 25, 2020, to appellant's copy of this order.