# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 25, 2020

**By the Court:**

| | |
|---|---|
| RYAN T. MCMULLEN, | ] Appeal from the United |
|     Petitioner-Appellant, | ] States District Court |
| | ] for the Southern District |
| No. 20-3273       v. | ] of Indiana, Terre Haute |
| | ] Division. |
| FRANK VANIHEL, | ] |
|     Respondent-Appellee. | ] No. 2:19-cv-00356-JRS-MJD |
| | ] |
| | ] James R. Sweeney, II, |
| | ]     Judge. |

## O R D E R

A review of the short record reveals that appellant's appeal may be untimely.   It all depends on <u>when</u> appellant gave his notice of appeal to prison staff for e-filing in the district court.   The court notes that the Notice of Appeal was scanned, emailed and filed on November 24, 2020, one day late.   Accordingly,

IT IS ORDERED that appellant file a notarized statement or a sworn declaration under penalty of perjury (in compliance with 28 U.S.C. § 1746) which sets forth the date the notice of appeal was given to prison staff.   *See Taylor v. Brown*, 787 F.3d 851, 858-859 (7th Cir. 2014).   Appellant's notarized statement or sworn declaration shall be filed on or before December 9, 2020.