U.S.C.A. – 7th Circuit
RECEIVED
FEB 0 1 2021 LEJ

# Affidavit

I, Ryan McMullen, affirm under the pains and penalties of perjury that the following statements are true and correct to the best of my knowledge and belief. This is the second notarized affidavit I have given to prison officials to be mailed to this court. The first affidavit was notarized by my unit Caseworker, A. McLaughlin, and mailed out in a timely manner that complied with the courts order dated November 25, 2020 requiring me to reply on or before December 9, 2020. The contents of this first affidavit notified this court that, although the prison law library did not scan the notice of appeal until November 24, 2020, I handed the notice of appeal over to prison officials for e-filing in a timely manner. It is the sworn and true statement by the Appellant that I did comply with the federal mailbox rule in turning my notice of appeal over to prison officials before November 23, 2020 and the same is true for the first affidavit that complied with the courts order of November 25, 2020 that set a December 9, 2020 deadline. Why the law library chose to scan the Notice of Appeal on November 24, 2020 when the deadline date on the request clearly stated

the deadline was November 23, 2020 is a question only the prison law library can answer. The same is true that only prison officials can answer why the notarized affidavit sent to this court per the November 25, 2020 order was not sent out when it was undoubtedly sent in a timely manner complying with that order. There has not been one instance that appellant has not complied with a court order. Therefore, appellant prays that this court allow him to proceed with his appeal. If the court needs more proof, the appellant requests more time to collect evidence such as mail logs and statements from prison/law library officials. More time would be required because appellant did not receive this January 13, 2021 order until January 20, 2021 and would need more than a week to receive requests back from prison officials. Also, the first affidavit was filed simultaneously with the Motion for Appointment of Counsel.

Ryan McMullen
Ryan McMullen

1/25/2021
DATED

STATE OF INDIANA } SS: NOTARIZATION
COUNTY OF SULLIVAN

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public in and for the above State and County, on this 25th day of January, 2021

_Angela Marie McLaughlin_
Notary - Signature

_Angela Marie McLaughlin_
Notary - Printed Name

_July 28 2021_
Date My Commission Expires

_Green_
County of Residence

20-3273

Ryan T. McMullen
#199066
WABASH VALLEY CORRECTIONAL FACILITY
P.O. Box 1111
Carlisle, IN 47838-0000

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 13, 2021

**By the Court:**

| | |
|---|---|
| RYAN T. MCMULLEN,<br>    Petitioner-Appellant,<br><br>No. 20-3273    v.<br><br>FRANK VANIHEL,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Terre Haute<br>] Division.<br>]<br>] No. 2:19-cv-00356-JRS-MJD<br>]<br>] James R. Sweeney, II,<br>]    Judge. |

### ORDER

The court, on its own motion, orders petitioner-appellant Ryan T. McMullen to show cause for his failure to respond to the court's order of November 25, 2020.

Petitioner-appellant Ryan T. McMullen shall file his response on or before January 27, 2021.

Appellant is advised that failure to respond may result in the dismissal of this appeal.

The clerk is directed to attach a copy of the court's order of November 25, 2020, to appellant's copy of this order.

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

November 25, 2020

**By the Court:**

| | |
|---|---|
| RYAN T. MCMULLEN,<br>    Petitioner-Appellant,<br><br>No. 20-3273     v.<br><br>FRANK VANIHEL,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Terre Haute<br>] Division.<br>]<br>] No. 2:19-cv-00356-JRS-MJD<br>]<br>] James R. Sweeney, II,<br>]     Judge. |

## ORDER

A review of the short record reveals that appellant's appeal may be untimely. It all depends on <u>when</u> appellant gave his notice of appeal to prison staff for e-filing in the district court. The court notes that the Notice of Appeal was scanned, emailed and filed on November 24, 2020, one day late. Accordingly,

IT IS ORDERED that appellant file a notarized statement or a sworn declaration under penalty of perjury (in compliance with 28 U.S.C. § 1746) which sets forth the date the notice of appeal was given to prison staff. *See Taylor v. Brown*, 787 F.3d 851, 858-859 (7th Cir. 2014). Appellant's notarized statement or sworn declaration shall be filed on or before December 9, 2020.