# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 3, 2021

To:
Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
104 U.S. Courthouse
Terre Haute , IN 47807

| | |
|---|---|
| No. 20-3273 | RYAN T. MCMULLEN, Petitioner - Appellant<br><br>v.<br><br>FRANK VANIHEL, Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:19-cv-00356-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney ||

The following is before the court:

1. **MONEY ORDER IN THE AMOUNT OF $48.00,** received by this court on February 3, 2021. Accordingly,

**IT IS ORDERED** that the clerk of this court shall send the MONEY ORDER to the clerk of the district court.

form name: **c7_Order_to_endorse**(form ID: **214**)