# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

February 3, 2021

**By the Court:**

| | |
|---|---|
| RYAN T. MCMULLEN,<br>　　Petitioner-Appellant,<br><br>No. 20-3273　　　　v.<br><br>FRANK VANIHEL,<br>　　Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Terre Haute<br>] Division.<br>]<br>] No. 2:19-cv-00356-JRS-MJD<br>]<br>] James R. Sweeney, II,<br>]　　Judge. |

O R D E R

On consideration of the paper captioned "Affidavit" filed by appellant on February 1, 2021,

IT IS ORDERED that appellee file, on or before February 10, 2021, a response to appellant's filing, addressing the timeliness issue raised in the court's order of November 25, 2020.