UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 20-3273

RYAN T. MCMULLEN,
*Petitioner-Appellant*,

v.

FRANK VANIHEL,
Warden, Wabash Valley Correctional Facility,
*Respondent-Appellee*.

Appeal from the United States District Court
for the Southern District of Indiana, Terre Haute Division.
No. 2:19-cv-356-JRS-MJD
The Honorable James R. Sweeney, II, Judge.

**JURISDICTIONAL MEMORANDUM**

In response to this Court's February 3, 2021, order, Respondent-Appellee Frank Vanihel states that Petitioner-Appellant Ryan McMullen filed his notice of appeal on time. The district court denied McMullen's petition for a writ of habeas corpus and entered final judgment on October 23, 2020 (ECF Nos. 12, 13). McMullen had until Monday, November 23, 2020, to file a notice of appeal. *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days of entry of judgment). To use the prison mailbox rule, he needed to place his notice in the prison mail system by November 23 and file "a declaration in compliance with 28 U.S.C. § 1746—or a notarized statement—setting out the date of deposit …." Fed. R.

1

App. P. 4(c); *see, e.g.*, *Armstrong v. Louden*, 834 F.3d 767, 769 (7th Cir. 2016) (applying the prison mailbox rule to electronic filings).

McMullen states that he deposited his notice of appeal in the prison mail system on November 23 in the "Affidavit" that he filed in this Court (D.E. 8 at 1–2). The "notarization" is suspect because it is missing a seal (D.E. 8 at 3). *See* Ind. Code § 33-42-9-12(b)(1) (2019) ("A notary public who performs a notarial act on a tangible record shall … affix, display, or emboss the notary public's official seal."); *Prince v. Marion Cnty Auditor*, 992 N.E.2d 214, 218 (Ind. Ct. App. 2013) (citing Ind. Code § 33-42-2-4 (2004)) ("As a general rule, all notarial acts must be attested by a seal."). But the filing contains language similar to the examples in 28 U.S.C. § 1746: "I, Ryan McMullen, affirm under the pains and penalties of perjury that the following statements are true and correct to the best of my knowledge and belief" (D.E. 8 at 1). So Respondent believes that McMullen's "Affidavit" counts as "a declaration in compliance with 28 U.S.C. § 1746." Fed. R. App. P. 4(c). The prison mailbox rule saves his notice of appeal.

## CONCLUSION

McMullen's notice of appeal is timely.

Respectfully submitted,

By: /s/ Jesse R. Drum
Jesse R. Drum
Assistant Section Chief, Criminal Appeals

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 West Washington Street, Fifth Floor
Indianapolis, Indiana 46204-2770

317-234-7018 (telephone)
Jesse.Drum@atg.in.gov

*Attorney for Respondent-Appellee*

## CERTIFICATE OF SERVICE

I certify that on February 9, 2021, I served the foregoing document on the individual listed below through U.S. Mail, first-class postage pre-paid:

Ryan T. McMullen
199066
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, Indiana 47838

<u>/s/ Jesse R. Drum</u>
Jesse R. Drum