# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 9, 2021

**By the Court:**

| | |
|---|---|
| RYAN T. MCMULLEN,<br>　　Petitioner-Appellant,<br><br>No. 20-3273　　v.<br><br>FRANK VANIHEL,<br>　　Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Terre Haute<br>] Division.<br>]<br>] No. 2:19-cv-00356-JRS-MJD<br>]<br>] James R. Sweeney, II,<br>］　　Judge. |

O R D E R

On consideration of the Affidavit filed by appellant on February 1, 2021, and the Jurisdictional Memorandum filed by appellee on February 9, 2021,

**IT IS ORDERED** that this appeal shall proceed to a ruling on appellant's motion to appoint counsel.

Briefing remains **SUSPENDED** pending further court order.