U.S. District Court
Southern District of Indiana
Office of the Clerk
(317)229-3700
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered on 2/25/2021 at 3:28 PM EST and filed on 2/25/2021 .

**Case Name:** MCMULLEN v. BROWN
**Case Number:** 2:19-cv-00356-JRS-MJD
**Filer:**
**WARNING: CASE CLOSED on 10/23/2020**
**Document Number:** 24(No document attached)

**Docket Text:**
**USCA Initial Partial Appeal Fee received $ 48.00 receipt number IP072788 re [14] Notice of Appeal filed by RYAN T. MCMULLEN (USCA #20-3273) (AKH)**

**2:19-cv-00356-JRS-MJD Notice has been electronically mailed to:**

Jesse R. Drum     jesse.drum@atg.in.gov, Andrew.Kobe@atg.in.gov, Ellen.Fuller@atg.in.gov, cynthia.jones@atg.in.gov, sondra.craig@atg.in.gov

**2:19-cv-00356-JRS-MJD Notice has not been electronically mailed to:**

RYAN T. MCMULLEN
199066
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838