# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 6, 2022

*Before*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 20-3273 | |
| RYAN T. McMULLEN, <br> *Petitioner-Appellant*, | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division. |
| *v.* | No. 2:19-cv-00356-JRS-MJD |
| FRANK VANIHEL, <br> *Respondent-Appellee*. | James R. Sweeney II, <br> *Judge*. |

**O R D E R**

The district court granted Ryan McMullen a certificate of appealability regarding the denial of his petition under 28 U.S.C. § 2254. The constitutional issue identified by the district court is whether trial counsel was ineffective at sentencing for failing to develop and present mitigation evidence. McMullen now requests appointment of counsel.

Because counsel will aid our review of the appeal, the request for counsel is **GRANTED**. An order designating counsel and setting a briefing schedule will follow.