# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

July 12, 2022

*By the Court*:

| | |
|---|---|
| RYAN T. MCMULLEN,<br>    Petitioner-Appellant,<br><br>No. 20-3273                  v.<br><br>FRANK VANIHEL,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Terre Haute<br>] Division.<br>]<br>] No. 2:19-cv-00356-JRS-MJD<br>]<br>] James R. Sweeney, II,<br>]    Judge. |

      Pursuant to this court's order of June 6, 2022, **IT IS ORDERED** that Benjamin Morrell, TAFT STETTINIUS & HOLLISTER LLP, 111 E. Wacker Drive, Chicago, IL 60601, bmorrell@taftlaw.com, is appointed to represent petitioner-appellant Ryan T. McMullen pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the petitioner-appellant immediately.

      Briefing shall proceed as follows:

1. Petitioner-appellant shall file his brief and required short appendix on or before September 19, 2022.

2. Respondent-appellee shall file their brief on or before October 19, 2022.

3. Petitioner-appellant shall file his reply brief, if any, on or before November 9, 2022.

      **IT IS FINALLY ORDERED** that the District Court add attorney Ryan T. McMullen to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed ex parte.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).