# EXHIBIT 5

STATE OF INDIANA ) IN THE GRANT SUPERIOR COURT 1
COUNTY OF GRANT )
STATE OF INDIANA )
VS. CAUSE NUMBER: 27D01-0904-FA-000134
RYAN TYRONE MCMULLEN

## AGREEMENT MODIFYING CONDITIONS OF PROBATION

Comes now Gary A Dalton, Probation Officer for Grant County, State of Indiana, and represents to the Court as follows

The defendant Ryan Tyrone McMullen signed Conditions of Probation on 5/25/2021 for a term of probation 5/24/2021 and ending 9/28/2049.

That the defendant is in agreement with a modification of Conditions of Probation as indicated by signature below. The terms to be modified are as follows:

The defendant successfully graduated from Grant County Reentry Court on 2/25/2022. The defendant is now eligible for a 33.33% reduction of sentence of the remaining probation term to be served. If the reduction of sentence is granted the new end date for probation is 7/18/2040.

The calculation is as follows: 2/26/22 - 9/28/2049 is a total of 10,076 days. 33.33% of that is 3,358 days leaving a remainder of 6,718 days to be served on probation. The new term or probation shall begin on 2/26/2022 and end 7/18/2040.

I have been advised, and I understand, that I have the right to consult with an attorney before entering into this agreement. I have also been advised, and I understand, that if I can't afford to hire an attorney, the court will appoint an attorney for me at no cost to me. I now declare that I do not want to be represented by an attorney.

That the defendant understands that if he violates a condition of probation during the probationary period, a petition to revoke probation may be filed before the earlier of the following: One (1) year after the termination of probation, of Forty-five (45) days after the state receives notice of the violation.

Defendant's Signature _Ryan McMullen_ Dated _04/04/2022_

Probation Officer Signature _Gary Dalton_ Dated _4-4-22_

Prosecutor's Office Signature _____ Dated _____

So Ordered on this 31st day of March, 2022

Judge _____ Date _5/6/22_